MACEDONIA BAPTIST CHURCH ET AL. *v.* JOHNSON ET AL.

[No. 17,675. Filed April 16, 1948. Rehearing denied May 24, 1948.]

*Harry Taylor and Charles L. Ritter,* both of South Bend, attorneys for appellants.

*Leo L. Cook and Siebirt, Oare & Deahl,* all of South Bend, attorneys for appellees.

FLANAGAN, J.—Appellants' brief does not contain any of the pleadings or the judgment from which this appeal is taken. The only error assigned is the over-

ruling of the motion for a new trial, but this motion is omitted. No question is therefore presented. Rule 2-17, Rules of Supreme Court.

Judgment affirmed.

NOTE.—Reported in 78 N. E. 2d 666.